Ryan F. Thomas, Esq. (SBN 230491)
AMERICAN MORTGAGE LAW GROUP, PC
Attorneys at Law
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035

Attorney for Movant T.J. Financial, Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>IRENE MARGARET SNAVELY,<br>a/k/a MARGARET WOODS,<br>d/b/a BRITE MIND SERVICES<br><br>DEBTOR. | CASE NO.: 2:09-33085-SB<br>Chapter 7<br><br>**NOTICE OF ENTRY<br>OF IN REM ORDER** |

Movant T.J. FINANCIAL, INC., ("Movant"), hereby submits this Notice of Entry Of In Rem Order concerning the real property located at 36721 3rd Street, Palmdale, California 93551 ("Property").

1. Beginning in April 2009, and continuing through and including the present petition, 11 separate debtors have filed bankruptcy petitions wherein each claimed a beneficial interest in the Property. Additional details concerning all of these filings are set forth in Exhibit A.

2. On August 5, 2009, this Court entered two separate Orders granting Movant relief from the automatic stay concerning the Property on the grounds that the filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved multiple bankruptcy filings affecting the Property pursuant to 11 U.S.C. §362(d)(4)(B). A true and correct copy of the certified Orders are attached hereto as Exhibits B and C.

3. Certified copies of the Orders have been indexed and recorded in Los Angeles County in compliance with application state laws governing notices of interests or liens in the Property.

4. In light of the foregoing, Movant seeks an Order confirming termination of the automatic stay with respect to the Property.

Dated: October 9, 2009

AMERICAN MORTGAGE LAW GROUP, PC

By _____Ryan Thomas_____
Ryan F. Thomas
Attorney for T.J. Financial, Inc.